IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 19 PM 2: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MARGARET HINDS BOND FAMILY
TRUST, REBECCA BOND STORMS,
Trustee,

    Plaintiffs,

VS.

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

    Defendant.

NO. 05 - 2547 - B/P
JURY DEMANDED

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on October 20, 2005.

Present were Stephen Leffler, counsel for plaintiff, and T. Louis Coppedge, counsel for defendant. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):
    14 days after the 26(f) conference. If not made before the Rule 16(b) conference, then 14 days after the Rule 16(b) conference.

JOINING PARTIES: October 31, 2005

AMENDING PLEADINGS: November 15, 2005

INITIAL MOTIONS TO DISMISS: November 1, 2005

COMPLETING ALL DISCOVERY: June 20, 2006

    (a)    DOCUMENT PRODUCTION: June 20, 2006

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: June 20, 2006

    (c)    EXPERT WITNESS DISCLOSURE (Rule 26):

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-19-05

    (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: April 20, 2006

    (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: May 19, 2006

    (3)    EXPERT WITNESS DEPOSITIONS: June 20, 2006

FILING DISPOSITIVE MOTIONS: July 20, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a jury trial, and the trial is expected to last four days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation ~~after~~ [before] the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, if necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: October 18, 2005

_____
Stephen R. Leffler    11038
Attorney for Plaintiff

_____
T. Louis Coppedge    14801
Attorney for Defendant By
permission

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02547 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

T. Louis Coppedge
MAYNARD COOPER & GALE
1901 Sixth Ave., N.
Ste. 2400
Birmingham, AL 35203--260

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Honorable J. Breen
US DISTRICT COURT